IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-75-D
No. 7:21-CV-41-D

| | |
|---|---|
| RICHARD STINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitoner's motion to alter or amend judgment [D.E. 140] not later than April 8, 2022.

SO ORDERED. This _15_ day of March, 2022.

                                                  JAMES C. DEVER III
                                                  United States District Judge